**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  14–05071–jw                         Chapter:  13

**In re:**
 Heyward Graham Jr.
 aka Heyward Graham

| | | |
|---|---|---|
| **Entered By The Court**<br>**1/22/20** | **ORDER DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court**<br>**1/22/20**<br>Laura A. Austin<br>Clerk of Court<br>US Bankruptcy Court |

The trustee having certified that the estate of the above–named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate.

The Chapter 13 case of the above named debtor(s) is closed.

United States Bankruptcy Judge

United States Bankruptcy Court
District of South Carolina

In re:                                                              Case No. 14-05071-jw
Heyward Graham, Jr.                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0420-2          User: admin          Page 1 of 1          Date Rcvd: Jan 22, 2020
                             Form ID: 195BNC       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/PDF: hgrahamjr@yahoo.com Jan 22 2020 23:28:55      Heyward Graham, Jr.,   35 Murphy Road,
               Kingstree, SC 29556-7650
                                                                               TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
          Bryan S. Fairman   on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank National
           Association, as Legal Title Trustee bkecfinbox@aldridgepite.com,  bsf@ecf.inforuptcy.com
          Heather S Bailey   on behalf of Debtor Heyward  Graham, Jr. Heather@bankruptcybailey.com
          January N. Taylor   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of
           the Igloo Series III Trust jntaylor@jtaylorlawllc.com,  bkecf@jtaylorlawllc.com
          Jason T. Moss   on behalf of Debtor Heyward  Graham, Jr. Lindsey@mossattorneys.com
          Louise M. Johnson   on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank National
           Association, as Legal Title Trustee ceasiej@scottandcorley.com,  bankruptcy@scottandcorley.com
          Pamela  Simmons-Beasley   ecf@chl3trustee.net
          Reginald p. Corley   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee,
           successor in interest to Bank of America, National Association, as Indenture Trustee, successor
           by merger to LaSalle Bank National Association, as bankruptcy@scottandcorley.com
          Robert P Davis   on behalf of Creditor   U.S. Bank, National Association robert.davis@rtt-law.com,
           ecfnotices@rtt-law.com
          US  Trustee's Office   USTPRegion04.CO.ECF@usdoj.gov
                                                                               TOTAL: 9